**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br>*Defendants*. | ) | Case No. 26-cv-1351-RBW |

**PLAINTIFF'S STATUS UPDATE**

Pursuant to this Court's June 26, 2026 General Order, Section 7(b)(2), ECF. No. 11, Plaintiff submits the following statement:

1. This case involves Plaintiff's June 2025 request to each Defendant for agency records under the Freedom of Information Act (FOIA). Plaintiff filed this FOIA action on April 21, 2026, and all Defendants have filed an Answer. *See* ECF Nos. 1, 5, 7 and 18.
2. Plaintiff through counsel, has attempted to confer with Defendants to submit the joint statement required by this Court's June 26, 2026 General Order, ECF No. 11. *See* attached declaration of Plaintiff's counsel.
3. Only Defendant Internal Revenue Service (IRS), through counsel, provided information for such a statement, which Plaintiff includes below.
4. With the exception of the February 2026 interim production by Defendant IRS referenced in the Complaint, ECF No. 1 ¶ 29, and an interim production by Defendant Immigration and Customs Enforcement (ICE) on August 12, 2026, Plaintiff has received no further determinations or responsive records from Defendants in this case.

5. Defendants Center for Disease Control and Prevention (CDC), Department of Homeland Security (DHS) and Social Security Administration (SSA) have provided no determinations or records responsive to the requests at issue.
6. Plaintiff is prepared to schedule summary judgment briefing with CDC, DHS and SSA in November 2026 to the extent those defendants do not promptly begin producing non-exempt material and/or determinations as required under the FOIA.
7. Defendant ICE promised a second interim release by October 5, 2026; however, Plaintiff has not received it as of the time of this filing.
8. Plaintiff has asked Defendants for information regarding the number of potentially responsive records located, the number of pages left to process (including rolling productions of non-exempt records and whether any consultations have been sent out / are anticipated), and the expected date of completion for processing of the request at issue. No Defendant has provided that information.
9. Plaintiff has also asked Defendants to agree to process at least 500 pages per month, with rolling production of non-exempt records by the last business day of each month. Only ICE has responded. *See* Ex. 1. ICE agreed to "begin reviewing 500 pages from November 1 - November 30 and be prepared to release to American Oversight any non-exempt pages on November 30th." *Id*.
10. In light of all of the above, Plaintiff asks the Court to exercise its supervisory authority over FOIA cases to:
    a. order Defendants to process at least 500 pages of responsive records per month, with interim releases of non-exempt information by the last business day of each month, starting on **October 30, 2026**; and

b. order the parties to submit joint status reports every 30 days, with the first such report on **October 21, 2026**, updating the Court on the number of pages remaining to process, including whether and when any records were sent for consultation.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*