**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN OVERSIGHT,<br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br>*Defendants*. | ) | Case No. 26-cv-1351-RBW |

**DECLARATION OF ELIZABETH HADDIX**

I, ELIZABETH HADDIX, hereby declare as follows:

1. I am Senior Counsel at American Oversight and counsel of record in the above case. I make this declaration based on my personal knowledge, through consultation with my colleagues at American Oversight and a review of American Oversight's business records.

2. American Oversight is a non-partisan, nonprofit organization primarily engaged in disseminating information to the public and committed to ensuring transparency in government and promoting accountability for government officials. American Oversight's primary professional activity or occupation is information dissemination.

3. American Oversight analyzes the records it receives, creates explanatory and editorial content on the basis of its findings and highlights its findings for other media to ensure wide public dissemination. American Oversight also typically posts records it receives from public records requests for free public viewing on its website. American Oversight disseminates the information it receives to facilitate the American public's informed participation in

government, including equipping the public with information it needs to effectively petition its representatives in Congress.

4. American Oversight intends to disseminate to the public the information it receives in response to the FOIA requests at issue in this litigation, as there is widespread public interest in federal agencies' use of Palantir Technology tools and related data security and governance protocols.

5. On June 18, 2026, American Oversight submitted the FOIA request attached hereto as Exhibit 1 to each of the Defendants in this action.

6. As of the date of this Declaration, beyond the responses referenced in the Complaint and an interim production by Defendant ICE on August 12, 2026, American Oversight has not received any further releases or determinations from Defendants in this case.

7. American Oversight's ability to obtain public records on a prompt basis is crucial to its mission of ensuring transparency of government actions, promoting accountability of government officials, and disseminating information about government activities to the public. Prompt responses to public records requests and timely production of relevant documents are crucial to American Oversight's ability to fulfill its mission.

8. I emailed counsel for Defendants in August 2026 requesting an update on Defendants' processing of records responsive to the FOIA request at issue.

9. Having received no response to those emails, I emailed Defendants' counsel again on September 22, 2026, requesting an update and advising that Plaintiff wished to file the parties' first joint statement by October 7, 2026.

10. Having received no response to my September 22 email, I emailed Defendants' counsel again on October 6, 2026, advising them that Plaintiff would file its own statement absent a response.

11. Counsel for Defendant Internal Revenue Service (IRS) responded via email on October 6 with a status update, and I promptly replied, requesting that IRS agree to a monthly processing rate of at least 500 pages per month, with interim productions of non-exempt material by the last business day of each month, beginning in October.

12. IRS's counsel responded by email on October 7, stating "the IRS can commit to begin reviewing 500 pages from November 1 - November 30 and be prepared to release to American Oversight any non-exempt pages on November 30th."

13. Counsel for Defendants ICE, Center for Disease Control and Prevention, Department of Homeland Security and Defendant Social Security Administration asked me to wait to file any statement until October 9, 2026, which I agreed to do.

14. As of the date of this filing, Plaintiff has not received any further communication from Defendants.

15. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2026

/s/*Elizabeth Haddix*
Elizabeth Haddix